UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-8950 FMO (RAOx) | Date | **January 12, 2024** |
|---|---|---|---|
| Title | Cecilio Esquivel v. Nissan North America, Inc. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):  Attorney Present for Defendant(s):

None Present  None Present

**Proceedings:** (In Chambers) Order to Show Cause Re: Imposition of Sanctions

Pursuant to the Court's Order of July 25, 2023, the parties were required to file their pretrial documents on December 29, 2023, and January 5, 2024. (See Dkt. 21, Court's Order of July 25, 2023, at 2). As of the date of this Order, the parties have not filed any pretrial documents. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT counsel for the parties shall show cause in writing on or before **January 16, 2024**, why sanctions should not be imposed for failure to comply with the Court's Order of July 25, 2023. Failure to submit a written response by the date set forth above shall result in the imposition of sanctions including, but not limited to, the dismissal of the case for lack of prosecution and failure to comply with the orders of the court. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002). The order to show cause shall be deemed vacated in the event the parties file a notice of settlement.

| | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |